**Form 726** [Deficiency Notice]

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF UTAH

In re:

Ted Dan Gardiner
           Debtor(s).

Case No. 07–24697 WTT
Chapter 13

## DEFICIENCY NOTICE

The Chapter 13 Petition filed with the Court on 10/4/07 was not accompanied by lists, schedules, statements or other documents required by the United States Bankruptcy Code. Federal Rules of Bankruptcy Procedure 1007 and 2016 set forth specific papers that are required to be filed with the Court.

**By the due date(s) specified below,** you must file the papers listed below with the Clerk of Court, United States Bankruptcy Court, 350 South Main Street, Room 301, Salt Lake City, Utah 84101. If you feel you are not required to file the listed papers, you may file an explanation of why the papers are not required, or, if grounds exist, a motion to extend the time for filing the missing papers and proposed order. Failure to timely comply may cause your case to be dismissed as described below.

DEFICIENCY NOTICE. MISSING PAPERS REQUIRED TO BE FILED: Chapter 13 Stmt of Current Monthly and Disposable Income , Attorney Disclosure Statement, Chapter 13 Plan, Payment Advices/Evidences of Payment, Schedule A–J, Statistical Summary of Certain Liabilities, Statement of Financial Affairs, Summary of Schedules, Incomplete Filings due by 10/19/2007. (ksh, )

If you fail to file all of the missing papers specified above by the date(s) indicated, the United States Trustee or a party in interest may file a motion and schedule a hearing to seek dismissal of your case for unreasonable delay.

> ### IMPORTANT – YOUR RIGHTS MAY BE AFFECTED:
>
> If you fail to file all of the missing papers specified above within **45 days** after the filing of your bankruptcy petition, your case may be **automatically dismissed** without further notice or hearing. 11 U.S.C. § 521(i)

Dated: October 5, 2007

                                              David A. Sime
                                              Clerk of Court

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 1088-2           User: ksh                 Page 1 of 1            Date Rcvd: Oct 05, 2007
Case: 07-24697                 Form ID: f726             Total Served: 2

The following entities were served by first class mail on Oct 07, 2007.
db           +Ted Dan Gardiner,    4600 Deer Knoll Drive,    Kamas, UT 84036-9226
aty          +Lou G. Harris,   Law Offices of Lou Gehrig Harris,    111 E. 5600 S. Ste 220,
               Murray, UT 84107-8164

The following entities were served by electronic transmission.
NONE.                                                                                          TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Oct 07, 2007**        Signature: _Joseph Speetjens_