Arnold Richer - 2751
Robert W. Harrow - 9814
**RICHER & OVERHOLT, P.C.**
901 West Baxter Drive
South Jordan, Utah 84095
Telephone: (801) 561-4750

Attorneys for KeyBank, National Association

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF UTAH (SALT LAKE CITY)

| | |
|---|---|
| In Re: | Bankruptcy No. 07-24697 |
| TED DAN GARDINER aka GARDINER ANTIQUITIES, LLC aka BOVIDCREED PRESERVE, LLC aka GARDMORE, LLC, | Chapter 13 |
| | Judge William T. Thurman |
| Debtor. | |

## NOTICE OF APPEARANCE OF COUNSEL, REQUEST TO BE ADDED TO MAILING MATRIX, AND SPECIAL REQUEST FOR NOTICE OF ALL PROCEEDINGS

The undersigned attorney, Arnold Richer, hereby enters his appearance for and in behalf of KeyBank, National Association in the above-entitled matter for all creditor matters except for responsibility for filing and amending proof of claims, and hereby requests that on behalf of KeyBank, National Association, he be provided with special notice of all filings made by the Debtor with the above-referenced Bankruptcy Court and that he be added to the mailing matrix as attorney for KeyBank, National Association.

KEOC 68 NOA.wpd                                                                                                      KEOC 68

Arnold Richer
**RICHER & OVERHOLT, P.C.**
901 West Baxter Drive
South Jordan, Utah 84095

DATED this _19_ day of October, 2007.

**RICHER & OVERHOLT, P.C.**

_Arnold Richer_
Arnold Richer
Attorney for KeyBank, National Association

## CERTIFICATE OF SERVICE

I hereby certify that on the _19_ day of October, 2007, I caused a true and correct copy of the

foregoing to be served upon the following parties via ECF and/or by placing the same in the United

States mail, postage prepaid, addressed as follows:

Ted Dan Gardiner
4600 Deer Knoll Drive
Kamas, UT  84036

Lou G. Harris
**LAW OFFICES OF LOU GEHRIG HARRIS**
[ECF Notice]

Kevin R. Anderson
**Standing Chapter 13 Trustee**
[ECF Notice]

_Jennifer Strickland_