Kevin R. Anderson, Bar #4786  
STANDING CHAPTER 13 TRUSTEE  
405 South Main Street, Suite 600  
Salt Lake City, Utah 84111  
Telephone: (801) 596-2884  
Facsimile: (801) 596-2898  
Email: kratrusteemail@ch13kra.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH
## CENTRAL DIVISION

| | |
|---|---|
| IN RE:   TED DAN GARDINER | Case No. 07T-24697 |
| | Chapter 13   FILED ELECTRONICALLY |
| | Judge WILLIAM T. THURMAN |
| | 341 Meeting: Nov 09, 2007  3:00 PM |

### FINAL ACCOUNT OF TRUSTEE AND PETITION FOR FINAL DECREE

COMES NOW Petitioner and Trustee, Kevin R. Anderson, and shows the Court that:

1. The above-entitled case was dismissed pursuant to the Trustee's recommendation by and through the Trustee's Directive dated Nov 09, 2007. No money was paid to, or disbursed by, the Trustee in connection with this case.

2. All matters over which the Court retained jurisdiction have been completed.

WHEREFORE, Petitioner prays that a final decree be entered discharging Petitioner as Trustee, releasing petitioner and his surety from any and all liability under his bond on account of the above-entitled proceeding, closing the estate, and for other and further relief as may be just and proper.

DATED: 12/18/2007

    KRA /S/  
    _____  
    KEVIN R. ANDERSON,  
    Standing Chapter 13 Trustee

## CERTIFICATE OF MAILING

    I the undersigned, an employee of the Standing Chapter 12/13 Trustee do hereby certify that a true and correct copy of the foregoing Final Account of Trustee and Petition for Final Decree, was properly addressed, posted in the U.S. Mail, first-class, postage prepaid, on 12/18/2007 to the following parties at the addresses listed below:

TED DAN GARDINER
4600 DEER KNOLL DRIVE
KAMAS UT  84036

LOU GEHRIG HARRIS, ESQ.
ECF Notification

    /S/
_____
Employee of Office of
Standing Chapter 13 Trustee